JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN ANTHONY BROWN,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA TAMPKINS,<br><br>Respondent. | Case No. EDCV 19-2192-CBM (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice to refiling after Petitioner obtains permission from the Ninth Circuit to do so.

DATED: SEPTEMBER 18, 2020

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE